**Opinion issued August 15, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00202-CV**

————————————

**IN RE DLA PIPER LLP (US), TEXAS EAR, NOSE & THROAT SPECIALISTS, PLLC, TEXAS ENT HOLDCO, LLC, AND J. CARY MOORHEAD, M.D., Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators DLA Piper LLP (US), Texas Ear, Nose & Throat Specialists, PLLC,

Texas ENT Holdco, LLC, and J. Cary Moorhead, M.D. have filed a petition for writ

of mandamus requesting this Court to vacate an order denying its motion to compel.[1]

---

[1] The underlying case is *Texas ENT Holdco, LLC v. Mary ES Anderson, M.D., FACS*, cause number 2021-70713, pending in the 189th District Court of Harris County, Texas, the Honorable Tamika Craft presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.